ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| ROMERO SILVIAN-MEDRANO, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FEDERAL BUREAU OF PRISONS, et al., )<br>)<br>Defendants. ) | CV 309-012 |

### ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Defendant McRae Correctional Facility is **TERMINATED**, Defendants' motions to dismiss (doc. nos. 29, 33) are **GRANTED**, Plaintiff's complaint is **DISMISSED**, and this civil action is **CLOSED**.

SO ORDERED this ___ day of March, 2010, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE